**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*:

| | | |
|---|---|---|
| **FRANK LESIAK** | : | **CIVIL ACTION NO. 3:26-CV-00858** |
| | : | |
| **V.** | : | |
| | : | |
| **WALMART INC.** | : | **JUNE 2, 2026** |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

The defendant, Walmart Inc. ("Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C.A. § 1332(a) and § 1441, remove this action from the Superior Court, Judicial District of New Haven, in the State of Connecticut, to the United States District Court for the District of Connecticut and in support of which state as follows:

1. The plaintiff, Frank Lesiak ("Plaintiff"), commenced an action by service of process against the Defendant in state court entitled, *Frank Lesiak. v. Walmart Inc.*, Docket No. NNH-CV26-6169620-S and returnable to the Superior Court, Judicial District of New Haven. A copy of the referenced Summons and Complaint are attached hereto as **Exhibit A.**

2. This Notice of Removal is timely and filed with this Court within thirty (30) days after receipt by the Defendant of the initial pleadings setting forth the claims for relief upon which this action is based. Defendant was served on or about May 5, 2026.

3. The Complaint alleges negligence against the Defendant and seeks unspecified damages. The Plaintiff, however, alleges that he sustained the following injuries, some or all of which may be permanent in nature: Concussion; Post-traumatic headaches; Dizziness; Blurred vision; Head pain; Cervical sprain/strain; Cervical radiculopathy; Left shoulder sprain/strain; Left

side facial pain; Chest pain; Lumbar sprain/strain; Lumbar radiculopathy; Fear and anxiety; Pain and suffering, both mental and physical. See Exhibit A, at ¶ 6(a)-(n). The Plaintiff also alleges that he "was forced to incur expenses for medical care and treatment and will likely incur additional expenses for medical care and treatment in the future." Id. at ¶ 7. The Plaintiff further alleges that he "was unable and remains unable to participate in and enjoy his usual activities." Id. at ¶ 8. The Plaintiff provided the Defendant with medical records which state that the Plaintiff may require future surgery, including, an Anterior Cervical Discectomy and Fusion surgery (ACDF) at C4-C7; Transforaminal Lumbar Interbody Fusion surgery (TLIF) at L4-5, L5-S1; and left shoulder arthroscopy or total shoulder replacement surgery. Based upon the allegations in the Complaint and the Plaintiff's medical records, the damages claimed in this case exceed $75,000.

4.      According to the Summons, the Plaintiff, resides in Meriden, Connecticut and, accordingly, is a citizen of the State of Connecticut.

5.      The Defendant is a Delaware corporation with its principal place of business in Bentonville, Arkansas. The Defendant is therefore a citizen of Delaware and Arkansas. There is complete diversity of citizenship between the Plaintiff and the Defendant.

6.      The above-entitled action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and thus may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441.

7.      This action is removable pursuant to the provisions of 28 U.S.C. § 1441 because this is a civil action wherein the amount in controversy exceeds the sum of or the value of $75,000.00 exclusive of interest and costs, and Plaintiff and Defendant are citizens of different states.

Dated this 2nd day June 2026

THE DEFENDANT

By /s/ George C. Springer, Jr.
    George C. Springer, Jr. [ct03263]
    Katie A. Roy [ct29988]
    Rogin Nassau LLC
    185 Asylum Street, 22nd Floor
    Hartford, CT 06103-3460
    T: (860) 256-6300
    F: (860) 278-2179
    gspringer@roginlaw.com
    kroy@roginlaw.com

**<u>CERTIFICATION</u>**

This is to certify that a copy of the foregoing was served electronically this 2nd day of June, 2026 and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Michael L. Chambers, Jr., Esq.
2 Congress Street, #2C
Hartford, CT 06114
michael@mchamberslaw.com

                                        /s/ George C. Springer, Jr.
                                        George C. Springer, Jr. [ct03263]

# EXHIBIT A

## SUMMONS - CIVIL
JD-CV-1  Rev. 2-25
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**Instructions are on page 2.**

| For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/ |
|---|

STATE OF CONNECTICUT
JUDICIAL BRANCH
**SUPERIOR COURT**
*www.jud.ct.gov*



☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| **235 Church Street, New Haven, CT 06510** | **( 203 ) 503 – 6800** | **JUNE 16, 2026** |

| ☒ Judicial District   G.A. | At *(City/Town)* | Case type code *(See list on page 2)* |
|---|---|---|
| ☐ Housing Session  ☐ Number: | **NEW HAVEN** | Major: **T**    Minor: **12** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| **MICHAEL L. CHAMBERS, JR., ESQ., 2 Congress Street, #2C, Hartford, CT 06114** | **423287** |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| **( 860 ) 231 – 9535** | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case. Any attorney who is not exempt from e-filing is required to accept electronic delivery. (Practice Book Section 10-13) | ☒ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book **michael@mchamberslaw.com** |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | **Name:**  **LESIAK, FRANK**<br>**Address: 302 Center Street, Apt. 2S, Meriden, CT 06450** | P-01 |
| **Additional plaintiff** | **Name:**<br>**Address:** | P-02 |
| **First defendant** | **Name:**  **WALMART, INC., 1 Customer Drive, Bentonville, AK 72716  -  AGENT FOR SERVICE:**<br>**Address: CT CORPORATION SYSTEM, 357 East Center St., Ste. 2J., Manchester, CT 06040-4471** | D-01 |
| **Additional defendant** | **Name:**<br>**Address:** | D-02 |
| **Additional defendant** | **Name:**<br>**Address:** | D-03 |
| **Additional defendant** | **Name:**<br>**Address:** | D-04 |
| **Total number of plaintiffs: 1** | **Total number of defendants: 1** | ☐ Form JD-CV-2 attached for additional parties |

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| **04/29/2026** | | ☐ _____ Clerk | **MICHAEL L. CHAMBERS, JR.** |

| If this summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | | File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|
| | | | |

| Print Form | Page 1 of 2 | Reset Form |
|---|---|---|

RETURN DATE:  JUNE 16, 2026             :        SUPERIOR COURT

FRANK LESIAK                            :        J.D. NEW HAVEN

VS.                                     :        AT NEW HAVEN

WALMART, INC,                           :        APRIL 29, 2026

## COMPLAINT

1.     At all times mentioned herein, the defendant, WALMART, INC.,  was and is a Delaware corporation duly authorized to conduct business in the State of Connecticut, with its principal place of business located at 1 Customer Drive, Bentonville, AK 72716.

2.     At all times mentioned herein, the defendant, WALMART, INC., its agents, servants and/or employees possessed and controlled the Walmart Superstore, located at 844 North Colony Road in Wallingford, Connecticut.

3.     At all times mentioned herein, the defendant, WALMART, INC., its agents, servants and/or employees, had a duty to inspect and maintain the premises located at 844 North Colony Road in Wallingford, Connecticut.

4.     On June 17, 2024, at approximately 4:00 p.m., the plaintiff, FRANK LESIAK, was lawfully on the Walmart Superstore premises located at 844 North Colony Road in Wallingford, Connecticut when he slipped on a wet and/or slippery surface

causing him to fall hard onto the concrete floor, and causing him to suffer the injuries and losses set forth below.

5.     The incident was caused by the negligence of the defendant WALMART, INC., its agents, servants and/or employees, in one or more of the following ways, in that they:

a.     Failed to properly maintain the floors;

b.     Failed to properly and reasonably inspect the floors;

c.     Knew or should have known of the presence of a wet substance and/or slippery condition on the floor, yet took no action to remove it;

d.     Allowed the wet and/or slippery condition to exist for an unreasonable period of time;

e.     Failed to adequately remove the wet and/or slippery substance on the floor;

f.     Failed to adequately train their agents, servants or employees to inspect and maintain the floors;

g.     Failed to warn the plaintiff of the wet and/or slippery condition of the floor;

h.     Failed to enact and/or follow adequate procedures to ensure the floors were properly inspected and maintained;

i.     Failed to remove the wet and/or slippery condition in a timely manner;

j.     Knew or should have known that people would be walking in the area of the wet and/or slippery surface, yet failed to inspect and maintain the floors;

k.     Failed to erect signs, barriers or otherwise isolate the wet and/or slippery condition on the floor.

6.    As a result of the fall, the plaintiff, FRANK LESIAK, suffered the following injuries, some or all of which may be permanent in nature:

a.    Concussion;

b.    Post-traumatic headaches;

c.    Dizziness;

d.    Blurred vision;

e.    head pain;

f.    Cervical sprain/strain;

g.    Cervical radiculopathy;

h.    Left shoulder sprain/strain;

i.    Left side facial pain;

j.    Chest pain;

k.    Lumbar sprain/strain;

l.    Lumbar radiculopathy;

m.    Fear and anxiety;

n.      Pain and suffering, both mental and physical.

7.      As a further result of the fall, the plaintiff, FRANK LESIAK, was forced to incur expenses for medical care and treatment and will likely incur additional expenses for medical care and treatment in the future.

8.      As a further result of the fall, the plaintiff, FRANK LESIAK, was unable and remains unable to participate in and enjoy his usual activities.

THE PLAINTIFF,

BY _____
Michael L. Chambers, Jr., Esq.
The Law Office of Michael L. Chambers, Jr.
2 Congress Street #2C
Hartford, CT 06114
Telephone: (860) 231-9535
michael@mchamberslaw.com
Juris No.: 423287
His Attorney

RETURN DATE: JUNE 16, 2026        :        SUPERIOR COURT

FRANK LESIAK        :        J.D. NEW HAVEN

VS.        :        AT NEW HAVEN

WALMART, INC,        :        APRIL 29, 2026

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff claims:

1. Money Damages;
2. Costs of this action;
3. Allowable costs, and
4. Such other relief as the Court deems just and proper.

THE PLAINTIFF,

BY _____

Michael L. Chambers, Jr., Esq.
The Law Office of Michael L. Chambers, Jr.
2 Congress Street #2C
Hartford, CT 06114
Telephone: (860) 231-9535
michael@mchamberslaw.com
Juris No.: 423287
His Attorney

RETURN DATE:  JUNE 16, 2026          :          SUPERIOR COURT

FRANK LESIAK                         :          J.D. NEW HAVEN

VS.                                  :          AT NEW HAVEN

WALMART, INC,                        :          APRIL 29, 2026

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is $15,000.00 or more, exclusive of costs and interests.

THE PLAINTIFF,

BY _____
Michael L. Chambers, Jr., Esq.
The Law Office of Michael L. Chambers, Jr.
2 Congress Street #2C
Hartford, CT 06114
Telephone:  (860) 231-9535
michael@mchamberslaw.com
Juris No.:  423287
His Attorney